UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Ronald Lee Jenkins,**

    Petitioner,

v.

**State of Minnesota,**

    Respondent.

Civil No. 10-271 (ADM/JJG)

**ORDER**

This matter is before the undersigned on the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** Mr. Jenkins' petition for a writ of habeas corpus (Doc. No. 1) is **DISMISSED.**

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 5th day of October, 2010.

                                        s/Ann D. Montgomery
                                        ANN D. MONTGOMERY
                                        United States District Judge